Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886                                          JS-6
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Lewis Kaplanski

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LEWIS KAPLANSKI, | ) Case No.: 2:15-cv-01799-PJW |
| | ) |
| Plaintiff, | ) ORDER OF  DISMISSAL AND |
| | ) JUDGMENT |
| vs. | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

        The above captioned matter is dismissed with prejudice, each party to bear

its own fees, costs, and expenses.

        IT IS SO ORDERED.

DATE:      October 14, 2015

_____
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE